# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:   **Juan M Perez**              )      **Case 09 B 13698**
      **Suzanne K Perez**          )
                                                   )      **Judge Squires**
              Debtor(s)          )

## NOTICE OF WITHDRAWAL

TO:  Juan & Suzanne Perez, 7746 S Kostner, Chicago, IL 60652
     Ernesto Borges, 105 W Madison st 23rd Flr, Chicago, IL 60602
     HSBC,  636 Grand Regency Blvd, Brandon, FL 33510

Please take notice that on May 27, 2011, there was filed with the Clerk of the Bankruptcy Court, Northern District, Eastern Division, the following in this action:

**Notice of payment of final mortgage cure**

Marilyn O Marshall, Chapter 13 Trustee, hereby withdraws the Notice of payment of final mortgage cure that was filed on May 27, 2011.

                                                       /s/ Anthony Olivadoti

## PROOF OF SERVICE VIA ECF PROCEDURES

Marilyn O Marshall, Standing Trustee
224 S. Michigan, Suite 800
Chicago, IL 60604-2500
312-431-1300